**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DANIEL ALANIS-GARZA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:17-cv-00047 |
| | § | (Criminal Action 1:11-cr-902) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 12). The R&R recommends dismissing Daniel Alanis-Garza's "Defendant's 28 USC § 2255 Collateral Attack Motion Contesting Supervise Release on Deportable Aline [sic]" (Docket No. 1). The deadline to respond to the R&R was September 27, 2017; no objections were filed. After a *de novo* review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Daniel Alanis-Garza's "Defendant's 28 USC § 2255 Collateral Attack Motion Contesting Supervise Release on Deportable Aline [sic]" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue. The Clerk is **ORDERED** to close this case.

Signed on this ____28th____ day of ____September____, 2017.

Rolando Olvera
United States District Judge